JOHN R. QUINN, Respondent, *v.* MICHAEL O'KEEFFE, Appellant.

Reported below, 9 App. Div. 68.
(Argued November 30, 1896; decided December 8, 1896.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial

department, entered October 9, 1896, which affirmed a judgment in favor of plaintiff entered upon a verdict rendered in the late City Court of Brooklyn, and also affirmed an order denying a motion for a new trial. The motion was made upon the ground that the action was to recover damages for a personal injury, and the affirmance, by the Appellate Division, was unanimous.

*James C. Cropsey* for motion.

*James D. Bell* opposed.

Motion granted. ───────────